IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD STRICKLAND,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2134

Opinion filed June 13, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Ronald Strickland, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of habeas corpus is dismissed as unauthorized.  See Baker

v. State, 878 So. 2d 1236 (Fla. 2004).

ROWE, KELSEY, and JAY, JJ., CONCUR.